IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JAMES BELL MCCOY, SR., #1299701 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:11cv503 |
| PAM PACE, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff James Bell McCoy, Sr., an inmate confined at the Michael Unit, proceeding *pro se* and *in forma pauperis,* filed the above-styled and numbered lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that complaint should be dismissed. The Plaintiff has filed objections.

The Reports of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED**.

**It is SO ORDERED.**

**SIGNED this 28th day of December, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE